UNITED STATES OF DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

MARICELA DONET, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

VIENNA BEEF LTD.,

                    Defendant.

------------------------------------------------------x

Case No.: 1:23-cv-04929

**NOTICE OF SETTLEMENT**

Plaintiff MARICELA DONET ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant VIENNA BEEF LTD., ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for 60 days.

- 2 -

DATED:  August 3, 2023                    **MIZRAHI KROUB LLP**

                                          /s/ PATRICK W. GALLAGHER
                                            PATRICK W. GALLAGHER

PATRICK W. GALLAGHER
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
pgallagher@mizrahikroub.com

*Attorneys for Plaintiff*